UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
January 28, 2010

Charles R. Fulbruge III
Clerk

No. 10-70002

D.C. Docket No. 2:09-CV-281

HENRY W SKINNER,

    Plaintiff - Appellant

v.

LYNN SWITZER,
District Attorney for the 31st Judicial District of Texas

    Defendant - Appellee

Appeal from the United States District Court for the
Northern District of Texas, Amarillo

Before SMITH, WIENER, and OWEN, Circuit Judges.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed.

ISSUED AS MANDATE: 28 JAN 2010

A True Copy
Attest

Clerk, U.S. Court of Appeals, Fifth Circuit
By: _____
Deputy

New Orleans, Louisiana

28 JAN 2010