IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2012 JUL 31 PM 2:10
DEPUTY CLERK _____

| | | |
|---|---|---|
| HENRY WATKINS SKINNER, | § | |
| Plaintiff, | § | |
| v. | § | 2:09-CV-281 |
| LYNN SWITZER, District Attorney, 31st Judicial District of Texas, | § | |
| Defendant. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION, GRANTING PLAINTIFF'S MOTION TO DISMISS, AND DISMISSING CASE

Pending before the Court is a 42 U.S.C. § 1983 complaint brought by plaintiff HENRY SKINNER. On July 20, 2012, plaintiff filed a Motion to Dismiss (document 106). On July 26, 2012, the United States Magistrate Judge entered a Report and Recommendation, recommending the Court grant plaintiff's motion and dismiss the case. In the Report and Recommendation, the Court instructed that should defendant intend to object to the Report and Recommendation, she was to express those intentions to the Court on or before July 30, 2012. Defendant has not filed any pleading indicating she intends to object to the Report and Recommendation or to otherwise oppose plaintiff's motion.

Having made an independent examination of the record in this case, the undersigned United States District Judge is of the opinion the Magistrate Judge's Report and Recommendation should be, and hereby is, ADOPTED. For the reasons set forth in the Report and Recommendation, plaintiff's Motion to Dismiss is GRANTED, and the case is DISMISSED.

IT IS SO ORDERED.

ENTERED this __31st__ day of __July__ 2012.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE